```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MITSUI SUMITOMO INSURANCE CO., LTD.,
                                                ECF CASE
                      Plaintiff,
                                                07 CV 6351 (HB)
          -against-
                                                RULE 7.1 STATEMENT
M/V "HANJIN PHOENIX," her engines, tackle,
boilers, etc., and HANJIN SHIPPING CO.,
LTD.,

                      Defendants.
------------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

    NONE

DATED: New York, New York
       July 10, 2007

_____
Richard F. Salz (RS 1835)