ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITSUI SUMITOMO INSURANCE CO., LTD.,

                                    Plaintiff,

                -against-

M/V "HANJIN PHOENIX," her engines, tackle,
boilers, etc., and HANJIN SHIPPING CO., LTD.,

                                    Defendants.

07 Civ. 6351 (HB)

**STIPULATION AND ORDER
OF DISMISSAL**

A settlement agreement having been reached, the parties hereby stipulate that all claims in
the above action are hereby dismissed with prejudice and without costs to any party, subject to the
right of any party to reopen this action if the settlement is not consummated within 30 days of the
date this stipulation is so ordered by the Court.

Dated: New York, New York
       September 27, 2007

Richard F. Salz
MSI Claims (USA), Inc.
Attorney for Plaintiff

By: _____
    Richard F. Salz (RS-1835)
560 Lexington Avenue – 20th Fl.
New York, NY 10022
(212) 230-2967

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Defendant Hanjin Shipping Co. Ltd.

By: _____
    Randolph H. Donatelli (RHD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042

So ordered this 2 day of OCT 2007

_____
U.S.D.J.